IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOHN CALLAWAY and LISA CALLAWAY,**  Plaintiffs,  v.  **KEVIN A. O'CONNELL, M.D,**  Defendant. | **CIVIL ACTION FILE NO. 5:13-CV-3 (MTT)** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiffs and the Defendant in the above- styled civil action, by and through counsel, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action and all claims made therein **WITH PREJUDICE**. Each party shall bear their or his own fees and costs.

Respectfully submitted this 13th day of November, 20014.

**CONSENTED TO BY:**

/s/ Lyle Griffin Warshauer            /s/ Matthew C. Alford
GA Bar No. 171941                     GA Bar No. 009349
Counsel for Plaintiffs                Counsel for Defendant

2

Warshauer Law Group, P.C.  Willis McKenzie, LLP
2740 Bert Adams Road  300 Smith Street
Atlanta, GA  30339  LaGrange, GA  30240
Phone: (404) 892-4900  Phone: (706) 882-2942
Fax:  (404) 892-1020  Fax:  (706) 883-8947
lgw@warlawgroup.com  mattalford@lag-law.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the within and foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will notify the following attorney of record:

Matthew C. Alford
Willis McKenzie, LLP
300 Smith Street
LaGrange, GA 30240

WARSHAUER LAW GROUP, P.C.

By: /s/Lyle Griffin Warshauer
Lyle Griffin Warshauer
State Bar No. 171941

2740 Bert Adams Road
Atlanta, GA 30339
Telephone: (404) 892-4900
Facsimile: (404) 892-1020